IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HENRY LAMAR LESTER, <br><br> Plaintiff, <br><br> v. <br><br> CPT. KENNY THOMPSON, et al., <br><br> Defendants. | CIVIL ACTION NO.: 6:22-cv-12 |

**O R D E R**

This matter comes before the Court on Plaintiff's Complaint and Motion for Leave to Proceed *in Forma Pauperis*.  Docs. 1, 2.  For the following reasons, the Court **DEFERS** ruling on Plaintiff's Motion at this time.

Plaintiff, who is housed at the Bulloch County Jail in Statesboro, Georgia, filed a cause of action and contends Defendants violated his constitutional rights.  Doc. 1.  Plaintiff also filed the instant Motion for Leave to Proceed *in Forma Pauperis*.  Doc. 2.  However, Plaintiff failed to submit this Court's preferred form for use by prisoner-plaintiffs.  To this end, the Court **DIRECTS** the Clerk of Court to provide Plaintiff with a blank copy of the application to proceed *in forma pauperis* form which asks prisoner-plaintiffs questions about their inmate trust accounts on page 2 of this application.  The Court also **DIRECTS** Plaintiff to submit his application on the provided form within **14 days** of this Order.  The Court advises Plaintiff he must answer the questions contained on this form as truthfully and as completely as possible.  The Court also advises Plaintiff his failure to timely comply with this Court's Order will result in the dismissal of his Complaint.  Additionally, the Court **DIRECTS** Plaintiff to notify the Court in writing of

any change of address while this action is pending.  Failure to do so may result in the dismissal of his Complaint.

**SO ORDERED**, this 22nd day of February, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA