IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HENRY LAMAR LESTER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:22-cv-12 |
| v. | |
| CAPT. KENNY THOMPSON, et al., | |
| Defendants. | |

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. Docs. 9, 10. In his Objections, Plaintiff states he did not fail to follow the Magistrate Judge's March 8, 2022 Order because he sent the requisite financial forms to the jail's business office and did not have them returned to him. Doc. 10 at 1. Plaintiff contends the Magistrate Judge was "put on notice" of the issues at the jail. Id. at 2.

Regardless of whether Plaintiff provided jail personnel with the financial forms, Plaintiff failed to comply with the Magistrate Judge's Order. Plaintiff was to return the completed forms to the Court and he did not do so. Doc. 9; see also Doc. 6 at 4 (advising Plaintiff his failure to return the requisite forms within 30 days of the Order would result in the dismissal of his cause of action). Plaintiff did not seek an extension of time to submit these forms. Indeed, Plaintiff still has not complied, despite having ample opportunity to do so, and he fails to seek any additional time for compliance in his Objections. While the Court recognizes Plaintiff's concerns that he has not received forms from prison officials, doc. 5 at 1, the Court simply cannot continue this case without the requisite financial forms. See 28 U.S.C. §§ 1914 & 1915.

The Court **OVERRULES** Plaintiff's Objections and **CONCURS** with the Magistrate Judge's Report and Recommendation. Thus, after an independent and de novo review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court also **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 16th day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA